United States District Court
Southern District of Texas
**ENTERED**
July 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ALEJANDRO CARDONA REYES, | § | CIVIL ACTION NUMBER 4:26-cv-03990 |
| Petitioner, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| RAYMOND THOMPSON, | § | |
| Respondent. | § | |

# ORDER OF DISMISSAL

Pending is a motion by the Government to dismiss the *pro se* petition for writ of *habeas corpus* filed on behalf of Petitioner Alejandro Cardona Reyes. Dkts 1 (petition) & 6 (motion).

A petition was filed on behalf Petitioner on May 19, 2026, by a purported next friend. Dkt 1. The petition was stricken for lack of jurisdiction, and Petitioner was granted leave to file an amended petition. Dkt 4. The Government was later ordered to address the impact, if any, of the Fifth Circuit's decision in *Sosnava Rodriguez v Ortega*, 2026 WL 1906557 (5th Cir, July 2, 2026), on this pending action. Dkt 5.

The Government filed motion to dismiss on July 14, 2026, stating that Petitioner was removed to Mexico on June 15, 2026. Dkt 6-1.

Petitioner's removal renders this action moot.

The motion to dismiss by the Government is GRANTED. Dkt 6.

This action is DISMISSED WITHOUT PREJUDICE as moot. Dkt 1.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on July 16, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge